# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

-oOo-

**UNITED STATES OF AMERICA**
**V.**
**BRIAN ARTHUR DEMPSEY, SR.**

JUL 07 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER:

2:16-cr-0119 MCE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Brian Arthur Dempsey, Sr.

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
False Statements to Federal Law Enforcement Officer

in violation of Title 18, United States Code, Section(s) 1001.

MORRISON C. ENGLAND, JR.
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Chief U.S. District Judge
Title of Issuing Officer

5.4.15 , in Sacramento, California
Date and Location

Received stamp: 2015 MAY -4 PM 3: 34  EASTERN DISTRICT OF CALIFORNIA

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED 6-12-20<br>DATE OF ARREST 6-12-20 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM JARED BELCHER | SIGNATURE OF ARRESTING OFFICER |