1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF CALIFORNIA

3    --oOo--

4    UNITED STATES OF AMERICA,    ) Case No. 16-CR-119-JAM
                                   )
5                   Plaintiff,     ) Sacramento, California
                                   ) August 1, 2023, 9:06 a.m.
6            v.                    )
                                   )
7    BRIAN ARTHUR DEMPSEY,         ) Re: Trial Confirmation Hearing
                                   )
8                   Defendant.     )

9

10              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JOHN A. MENDEZ
           SENIOR UNITED STATES DISTRICT JUDGE

11

APPEARANCES:

12

For the Government:      U.S. DEPARTMENT OF JUSTICE by
13                       MR. HEIKO COPPOLA,
                         ASSISTANT US ATTORNEY
14                       501 I Street, Suite 10-100
                         Sacramento, CA 95814

15

For the Defendant:       KAROWKSY LAW by
16                       MR. JAN KAROWSKY, ESQ.
                         716 19th Street, Suite 100
17                       Sacramento, California  95835

18

19              MARYANN VALENOTI, RMR, CRR
                 Official Court Reporter
                 501 I Street, Suite 4-200
20                Sacramento, CA 95814
                 mvalenotiRMRCRR@gmail.com
21                   (916)930-4275

22   Proceedings reported via mechanical steno - transcript produced
     via computer-aided transcription

23

24

25

1          SACRAMENTO, CALIFORNIA, TUESDAY, AUGUST 1, 2023

2                            --oOo--

3        (In open court.)

4            THE CLERK:  Please remain seated and come to order,

5    Court is now in session.  The Honorable John A. Mendez, Senior

6    United States District Judge presiding.

7            Calling United States versus Brian R. Dempsey.  Please

8    step forward.

9            THE COURT:  Good morning.  Appearances, please.

10           MR. COPPOLA:  Good morning, Your Honor.  Heiko Coppola

11   on behalf of the United States.

12           THE CLERK:  May I call the case?

13           THE COURT:  Sorry.

14           THE CLERK:  Calling criminal case 16-CR-119, United

15   States versus Brian R. Dempsey, Sr.

16           THE COURT:  I'm jumping ahead.  Sorry, M.

17           Go ahead.  Appearances again.

18           MR. COPPOLA:  Good morning, Your Honor.  Heiko Coppola

19   on behalf of the United States.

20           MR. KAROWSKY:  Good morning, Your Honor.  Jan Karowsky

21   on behalf of Mr. Dempsey.  He is present.

22           THE COURT:  This is a trial confirmation hearing, but

23   I want to talk with Mr. Karowsky.

24           You filed two motions --

25           MR. KAROWSKY:  Yes.

1          THE COURT:  -- without leave of Court.  What made you

2     think you could file a motion this late?  Local rules don't

3     allow it.

4          MR. KAROWSKY:  Your Honor --

5          THE COURT:  You already filed one motion to suppress,

6     which was denied.  Now you are filing more motions a month

7     before trial?  It doesn't work that way.

8          MR. KAROWSKY:  I apologize, and, candidly, I had not

9     thought it completely through.  I would ask the Court, because

10    of the nature of the motions, to grant leave to allow them to

11    be filed.

12         THE COURT:  I'm not going to do it for a number of

13    reasons:  The motions would require evidentiary hearings, and

14    you already asked for a bench trial, so I'm going to hear the

15    evidence anyway.  I'm not going to take a separate day to hear

16    what I'm going to hear at trial.

17         And two, they're untimely.  They can be renewed at

18    trial, obviously, if you move for acquittal at the close of the

19    Government's case, and I'll consider them in that light, but

20    I'm not going to take the time to consider late filed motions

21    this close to trial date.

22         Here's my other concern:  You revealed settlement

23    discussions, and I'm going to look into whether I'm now

24    disqualified from hearing this case because I know too much.  I

25    don't know why you did that.  You know that I'm not supposed to

1  know anything about settlement discussions or plea negotiations

2  and yet you chose to reveal it, so I may have to recuse myself,

3  and now you are going to have to get a new trial date.  So I'm

4  going to deny the motions as untimely.  If you want to file a

5  response for purposes of the record, you could do so, but

6  they're untimely and I'm going to deny both motions.

7       Right now I'll confirm the trial date, which is

8  September 11, but I will let you know in the next week or two

9  whether I think I could continue to be the judge on this case.

10       MR. KAROWSKY:  Very well.

11       THE COURT:  Go ahead.

12       MR. COPPOLA:  Did the Court want to set dates, because

13  this is a bench trial, for witnesses, exhibit lists, trial

14  briefs, or do you want to do it by separate order?

15       THE COURT:  The trial date may go away now.  The trial

16  briefs are due on -- well, September 4 is a holiday, so

17  normally it would be a week before.  So everything falls on one

18  day further.

19       So trial briefs, if you are going to file any, would

20  be due September 5.

21       Proposed jury instructions, September 5.

22       Witness and exhibit lists, September 5.

23       Any proposed voir dire, don't need it.

24       Any motions in limine are due September 1, and any

25  opposition to those motions in limine are due September 5.

1    Trial will start on September 11 at 9:00 a.m., two or

2  three days, maybe?

3    MR. COPPOLA:  Hopefully.

4    THE COURT:  Okay.

5    MR. COPPOLA:  Does the Court still do an abbreviated

6  schedule or is it a full day?

7    THE COURT:  I will do an abbreviated schedule, but

8  since it's a bench trial, I'll see how it's going during the

9  day.  Right now you could plan for trial from about 9:00 to

10 1:30 or 2:00.

11    MR. COPPOLA:  Very well.

12    THE COURT:  Are you going to have issues regarding

13 documents and how to handle those, and if so, we probably

14 should take that up the first morning as well.

15    MR. COPPOLA:  Yes.  I don't think so, Your Honor,

16 although I will tell the Court candidly -- well, at this point,

17 given the Court's denial of counsel's motions, I don't think I

18 have to go there at this point.

19    THE COURT:  Okay.  Any view on whether you think I am

20 disqualified because of what was revealed in the motions?

21    MR. COPPOLA:  Off the top of my head, no, but my

22 gut-level reaction says I think probably not.

23    THE COURT:  Mr. Karowsky, comments, questions?

24    MR. KAROWSKY:  First of all, I apologize.

25    Secondly, we probably have no standing to give an

1    opinion, but I would ask the Court to stay on the case.

2           THE COURT:  Okay.  I'll consider it.  Any questions

3    about trial prep or any of the dates; are those all agreeable

4    to you?

5           MR. KAROWSKY:  Yes.

6           THE COURT:  Anything else I need to know before

7    September 11?

8           I'm available, we're open.  If I'm convinced I could

9    still hear the case, we'll be ready to go on September 11.

10          MR. COPPOLA:  Very well.

11          MR. KAROWSKY:  Thank you.

12          THE COURT:  Thank you both.

13        (Proceedings adjourned at 9:12 a.m.)

14

15                    C E R T I F I C A T E

16

17       I certify that the foregoing is a true and correct

18    transcript of the proceedings in the above-entitled matter.

19

20    _____          August 23, 2023

21    MARYANN VALENOTI, RMR, CRR                  DATE
      Official Court Reporter
22    CA CSR #11266

23

24

25

           MARYANN VALENOTI - U.S. DISTRICT COURT -  (916)930-4275